**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7489**

_____

MARIO BALLARD,

Plaintiff - Appellant,

versus

CHAIRMAN, VIRGINIA PAROLE BOARD,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-01-235-7)

_____

Submitted: December 20, 2001          Decided: January 9, 2002

_____

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

_____

Dismissed in part and affirmed in part by unpublished per curiam opinion.

_____

Mario Ballard, Appellant Pro Se. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Ballard appeals from the district court's orders denying his motion for a preliminary injunction, his numerous motions for reconsideration, and his motion for a certificate of appealability. Ballard's appeal is untimely as to the order denying his motion for a preliminary injunction and the July 10, 2001, order denying his June 7, 2001, motion for reconsideration. Fed. R. App. P. 4(a); Kraft, Inc. v. United States, 85 F.3d 602, 605 (Fed. Cir.) (holding that, following initial Fed. R. Civ. P. 59 motion tolling appeal period, successive motions periods are not permitted), modified on other grounds, 96 F.3d 1428 (Fed. Cir. 1996); accord EEOC v. Cent. Motor Lines, Inc., 537 F.2d 1162, 1165 (4th Cir. 1976). We find that Ballard's appeal from the denial of the remaining orders states no grounds for relief. United States v. Williams, 674 F.2d 310, 313 (4th Cir. 1982) (finding no grounds for relief where motion for reconsideration raises no new arguments, seeks only reconsideration of legal issue, or asks court to "change its mind"). Consequently, we dismiss in part and affirm in part. Ballard's Petition for Hearing En Banc is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED IN PART AND AFFIRMED IN PART